208

COM.

v.

**GHOLSON, B.**

**3665 EDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–46–CR–0003684–2015 (Montgomery)

Affirmed

COM.

v.

**BENNER, B.**

**227 EDA 2017**

Superior Court of Pennsylvania.

09/29/2017

CP–46–CR–0000320–2008 (Montgomery)

Affirmed

**IN RE: ESTATE OF Leonard
BARKAN, deceased**

**1620 EDA 2017**

Superior Court of Pennsylvania.

09/29/2017

2017–X0326 (Montgomery)

Quashed

COM.

v.

**CRUZ, J., Jr.**

**1728 MDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–14–CR–0001246–1993 (Centre)

Affirmed

COM.

v.

**JOHNSON, T.**

**758 WDA 2016**

Superior Court of Pennsylvania.

09/29/2017

Reargument Denied 12/8/2017

CP–03–CR–0000197–2015 (Armstrong)

Affirmed

**LUCCI, K.**

v.

**ROEHL, L.**

**1027 WDA 2016**

Superior Court of Pennsylvania.

09/29/2017

04–14–1059 (Beaver)

Affirmed